IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02046-MSK-BNB

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation

Plaintiff,

v.

KENNETH J. ZIMMERLE, an individual, and
GRETCHEN R. ZIMMERLE, an indvidual

Defendants.

---

# MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate the December 19, 2008, Scheduling Conference** [docket no. 6, filed December 15, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Conference set for December 19, 2008, is **VACATED**.


DATED: December 16, 2008