IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02046-MSK-BNB

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation

Plaintiff,

v.

KENNETH J. ZIMMERLE, an individual, and
GRETCHEN R. ZIMMERLE, an indvidual

Defendants.
_____

**ORDER**
_____

Counsel for the plaintiff appeared this morning in connection with **Plaintiff's Motion for Entry of . . . Default Judgment** [Doc. # 9, filed 2/2/2009] (the "Motion"). Upon review, it appears that the Motion must be supplemented in the following particulars:

(1) The statement of the amount due under the promissory note must be itemized with greater particularity to specify principal, interest, late fees, and any other elements, including how and when the amounts were incurred;

(2) The claim for litigation and collection costs must be made more particular and the claim for attorney fees must be supported by contemporaneous time records; and

(3) Provision must be made for compliance with Part V.J.1.e. of Judge Krieger's Practice Standards, which requires:

> [I]f the action is on a promissory note, the original note shall be
> presented to the court in order that the court may make a notation
> of the judgment on the face of the note. . . .

IT IS ORDERED that on or before **April 1, 2009**, the plaintiff shall file a supplement to

the Motion as specified above.

      Dated March 12, 2009.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge