IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 08-cv-02046-MSK-BNB | Date: March 12, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

AMERIQUEST MORTGAGE COMPANY,  Scott Sinor
a Delaware corporation

        Plaintiff(s),

v.

KENNETH J. ZIMMERLE,
an individual
GRETCHEN R. ZIMMERLE,
an individual

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    9:59 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion for entry of default and default judgment filed 2/20/09 Doc.[9] is taken under advisement. A recommendation will be issued.

**ORDERED:** Plaintiff will provide supplemental information on or before April 1, 2009.

Court in Recess    10:03 a.m.    Hearing concluded.    Total time in Court:    00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.