IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02046-MSK-BNB

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation

Plaintiff,

v.

KENNETH J. ZIMMERLE, an individual, and
GRETCHEN R. ZIMMERLE, an individual,

Defendants.
_____

**ORDER**
_____

The plaintiff seeks the entry of a default judgment against the defendants. Rule 55(d), Fed. R. Civ. P., imposes special requirements and limitations in connection with entering a default judgment against "the United States, its officers, or its agencies. . . ." Judge Krieger's Practice Standards: Civil Actions require at Part V.J.1.b. that a motion for default judgment must be accompanied by "an affidavit . . .establishing that the particular defendant is not an infant, an incompetent person, <u>an officer or agency of the United States</u>, the State of Colorado, or in the military service. . . ." (Emphasis added.)

The plaintiff submitted a declaration from Scott P. Sinor in support of its motion for default judgment [Doc. # 9-2] (the "Sinor Decl."), which states at ¶¶6-7 that the defendants are natural persons, "not an infant, an incompetent person, <u>an officer of the State of Colorado</u>, or in the military service." (Emphasis added.) The declaration is silent, however, with respect to whether the defendants are officers of the United States. Nor can I find evidence concerning the issue elsewhere in the materials submitted in support of the Motion for Default Judgment.

IT IS ORDERED that on or before **July 6, 2009**, the plaintiff shall file a supplement to its Motion for Default Judgment addressing whether the defendants are officers of the United States.

Dated June 25, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge