IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02046-MSK-BNB

AMERIQUEST MORTGAGE COMPANY, a Delaware corporation

Plaintiff,

v.

KENNETH J. ZIMMERLE, an individual, and
GRETCHEN R. ZIMMERLE, an individual,

Defendants.
_____

**ORDER**
_____

By an Order to Show Cause [Doc. # 30] filed August 4, 2009, I required the plaintiff to show cause, if any there be, in writing and on or before **August 18, 2009**, why this case should not be dismissed for its failure to comply with applicable rules and orders of the court.  The plaintiff filed its Response to the Order to Show Cause [Doc. # 31] on August 13, 2009.  Good cause having been shown:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated September 8, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge